No. 73–1303.  ROSENTHAL ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE, 416 U. S. 984;

No. 73–5842.  CIUZIO *v.* UNITED STATES, 416 U. S. 995;

No. 73–6296.  THERIAULT *v.* UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT ET AL., 416 U. S. 980;

No. 73–6416.  BRADY *v.* NIELSEN, U. S. DISTRICT JUDGE, 416 U. S. 980;

No. 73–6417.  BURNS *v.* DECKER ET AL., 416 U. S. 991;

No. 73–6442.  DANIELS *v.* McCARTHY, WARDEN, 416 U. S. 992;

No. 73–6494.  JACKSON *v.* NORTON-CHILDREN'S HOSPITALS, INC., ET AL., 416 U. S. 1000; and

No. 73–6633.  SCHWARTZ *v.* NEVADA ET AL., *ante,* p. 906.  Petitions for rehearing denied.

No. 73–671.  MAYER PAVING & ASPHALT CO. ET AL. *v.* GENERAL DYNAMICS CORP. ET AL., 414 U. S. 1146.  Motion for leave to file petition for rehearing denied.

No. 73–872.  LOUISIANA ET AL. *v.* FEDERAL POWER COMMISSION, 416 U. S. 974.  Petition for rehearing denied.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition.